# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
Patricia L Anderson § Case No. 13-16178
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/18/2013 . The undersigned trustee was appointed on 04/18/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | |
|---|---:|
| 4. The trustee realized gross receipts of | $ 300,000.00 |
| Funds were disbursed in the following amounts: | |
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 126,115.17 |
| Bank service fees | 437.67 |
| Other payments to creditors | 19,130.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 18,100.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 136,217.16 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  10/29/2013  and the deadline for filing governmental claims was  10/29/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 11,402.78 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 11,402.78 , for a total compensation of $ 11,402.78 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 6.43 , for total expenses of $ 6.43 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/10/2016                    By: /s/Joji Takada, Chapter 7 Trustee
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-16178 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Patricia L Anderson | | | | Date Filed (f) or Converted (c): | 04/18/2013 (f) |
| | | | | | 341(a) Meeting Date: | 05/20/2013 |
| For Period Ending: | 10/10/2016 | | | | Claims Bar Date: | 10/29/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account - Financial Plus | 100.00 | 100.00 | | 0.00 | FA |
| 2. Miscellaneous Household Goods, Furniture & Furnishings. | 800.00 | 800.00 | | 0.00 | FA |
| 3. Wearing Apparel | 60.00 | 60.00 | | 0.00 | FA |
| 4. Debtor Consulted An Attorney Re Defective Hip Replacement Pr | Unknown | 0.00 | | 300,000.00 | FA |
| 5. 1971 Mobile Home | 2,000.00 | 2,000.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $2,960.00   $2,960.00   $300,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor disclosed personal injury litigation; Trustee has contacted PI counsel, and is in process of hiring counsel to pursue litigation on behalf of estate; Trustee monitoring litigation for possible recovery.

123013--Litigation value listed as $1.00 because actual value is speculative at this time.

Followed up with C. DeWitt regarding status of litigation; From PI counsel: The Stryker cases, including Ms. Anderson's is still in the discovery stage. The current schedule for the test trials to take place is next Summer 2015 - Joji Takada 8/21/2014

Followed up with S. Rados re status of case; Case submitted for settlement review; Better idea after summer - Joji Takada 4/7/2015

Case approved for global settlement; Gross settlement amount is in excess of $100,000, with fees/costs to be determined; PI Counsel to provide breakdown in order to file motion with the bankruptcy court. - Joji Takada 10/6/2015

Motion to approve settlement in process. - Joji Takada 12/22/2015

Initial Projected Date of Final Report (TFR): 04/18/2015   Current Projected Date of Final Report (TFR): 04/18/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 13-16178  
Case Name: Patricia L Anderson  
Taxpayer ID No: XX-XXX3666  
For Period Ending: 10/10/2016

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX0262  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/27/16 | | Onder Shelton Stryker Settlement Fund | Settlement payment | | | $268,520.00 | | $268,520.00 |
| | | | Gross Receipts | $300,000.00 | | | | |
| | | Multi-District Litigation Fee Assessment of 3% | Administrative Expense | ($9,000.00) | 3991-000 | | | |
| | | Multi-District Litigation Cost Assesment of 1% | Administrative Expense | ($3,000.00) | 3992-000 | | | |
| | | Medicare Medical Lien Payment | Medical lien payoff | ($19,130.00) | 4220-000 | | | |
| | | Settlement Fund Administration Fee | Administrative Expense | ($350.00) | 3992-000 | | | |
| | 4 | | Debtor Consulted An Attorney Re Defective Hip Replacement Pr | $300,000.00 | 1142-000 | | | |
| 03/30/16 | 1001 | Onder, Shelton, O'Leary & Peterson, LLC 110 E. Lockwood, 2nd Floor St. Louis, MO 63119 Attn: Stephanie L. Rados, Esq. | Payment to trustee professional Contingency fee to special counsel | | 3210-000 | | $111,000.00 | $157,520.00 |
| 03/30/16 | 1002 | Onder, Shelton, O'Leary & Peterson, LLC 110 E. Lockwood, 2nd Floor St. Louis, MO 63119 Attn: Stephanie L. Rados, Esq. | Payment to trustee professional Reimbursable expenses to special counsel | | 3220-000 | | $2,765.17 | $154,754.83 |
| 03/30/16 | 1003 | Anderson, Patricia c/o 110 E. Lockwood, 2nd Floor St. Louis, MO 63119 Attn: Stephanie L. Rados, Esq. | Exemption Debtor's personal bodily injury exemption | | 8100-002 | | $15,000.00 | $139,754.83 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $51.50 | $139,703.33 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $386.17 | $139,317.16 |
| 08/26/16 | 1004 | Anderson, Patricia c/o 110 E. Lockwood, 2nd Floor St. Louis, MO 63119 Attn: Stephanie L. Rados, Esq. | Exemption | | 8100-002 | | $3,100.00 | $136,217.16 |

Page Subtotals: $268,520.00    $132,302.84

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

|  | | |
|---|---:|---:|
| COLUMN TOTALS | $268,520.00 | $132,302.84 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $268,520.00 | $132,302.84 |
| Less: Payments to Debtors | $0.00 | $18,100.00 |
| Net | $268,520.00 | $114,202.84 |

Exhibit B

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0262 - Checking | $268,520.00 | $114,202.84 | $136,217.16 |
| | $268,520.00 | $114,202.84 | $136,217.16 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $31,480.00 |
| Total Net Deposits: | $268,520.00 |
| Total Gross Receipts: | $300,000.00 |

Page Subtotals:        $0.00        $0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Proposed Distribution

Case Number: 13-16178  
Debtor Name: Anderson, Patricia L

Date: November 22, 2016  
PROPOSED DISTRIBUTION with INTEREST

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | | | | $136,217.16 |
| | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | 100 | $11,402.78 | $0.00 | $11,402.78 | $11,402.78 | $0.00 | $0.00 | $11,402.78 | $124,814.38 |
| | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | 100 | $6.43 | $0.00 | $6.43 | $6.43 | $0.00 | $0.00 | $6.43 | $124,807.95 |
| | Patricia Anderson<br>c/o 110 E. Lockwood, 2nd Floor<br>St. Louis, MO 63119<br>Attn: Stephanie L. Rados, Esq. | Administrative | 99 | $15,000.00 | $15,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $124,807.95 |
| | Patricia Anderson<br>c/o 110 E. Lockwood, 2nd Floor<br>St. Louis, MO 63119<br>Attn: Stephanie L. Rados, Esq. | Administrative | 99 | $3,100.00 | $3,100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $124,807.95 |
| | Onder, Shelton, O0Leary &<br>Peterson, LLC<br>110 E. Lockwood, 2nd Floor<br>St. Louis, MO 63119<br>Attn: Stephanie L. Rados, Esq. | Administrative | 100 | $111,000.00 | $111,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $124,807.95 |
| | Onder, Shelton, O0Leary &<br>Peterson, LLC<br>110 E. Lockwood, 2nd Floor<br>St. Louis, MO 63119<br>Attn: Stephanie L. Rados, Esq. | Administrative | 100 | $2,765.17 | $2,765.17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $124,807.95 |
| Subtotals for Class Administrative 100.00% | | | | $143,274.38 | $131,865.17 | $11,409.21 | $11,409.21 | $0.00 | $0.00 | $11,409.21 | |
| 1 | Quantum3 Group Llc As Agent For<br>Comenity Capital Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | 300 | $3,760.11 | $0.00 | $3,760.11 | $3,760.11 | $0.00 | $15.72 | $3,775.83 | $121,032.12 |
| 2 | Capital Recovery V, Llc<br>C/O Recovery Management<br>Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Unsecured | 300 | $843.41 | $0.00 | $843.41 | $843.41 | $0.00 | $3.53 | $846.94 | $120,185.18 |

EXHIBIT C

Date Printed 11/22/2016 3:31:43 PM

Proposed Distribution

Case Number: 13-16178  
Debtor Name: Anderson, Patricia L

Date: November 22, 2016  
PROPOSED DISTRIBUTION with INTEREST

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Unsecured | 300 | $1,335.11 | $0.00 | $1,335.11 | $1,335.11 | $0.00 | $5.58 | $1,340.69 | $118,844.49 |
| | Patricia Anderson<br>c/o 110 E. Lockwood, 2nd Floor<br>St. Louis, MO 63119<br>Attn: Stephanie L. Rados, Esq. | Unsecured | 999 | $118,844.49 | $0.00 | $118,844.49 | $0.00 | $0.00 | $0.00 | $0.00 | $118,844.49 |
| | Patricia L Anderson<br>1001 EVANS ST #6<br>OTTAWA, IL  61350 | Unsecured | 999 | $118,844.49 | $0.00 | $118,844.49 | $118,844.49 | $0.00 | $0.00 | $118,844.49 | $0.00 |
| Subtotals for Class Unsecured  51.23% | | | | $243,627.61 | $0.00 | $243,627.61 | $124,783.12 | $0.00 | $24.83 | $124,807.95 | |
| Totals | | | | $386,901.99 | $131,865.17 | $255,036.82 | $136,192.33 | $0.00 | $24.83 | $136,217.16 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.  
Interest calculated using 0.12% interest from 04/18/2013 to 10/10/2016.

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-16178
Case Name: Patricia L Anderson
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand $ 136,217.16

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 11,402.78 | $ 0.00 | $ 11,402.78 |
| Trustee Expenses: Joji Takada | $ 6.43 | $ 0.00 | $ 6.43 |
| Attorney for Trustee Fees: Onder, Shelton, O'Leary & Peterson, LLC | $ 111,000.00 | $ 111,000.00 | $ 0.00 |
| Attorney for Trustee Expenses: Onder, Shelton, O'Leary & Peterson, LLC | $ 2,765.17 | $ 2,765.17 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 11,409.21

Remaining Balance $ 124,807.95

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,938.63 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group Llc As Agent For | $ 3,760.11 | $ 0.00 | $ 3,760.11 |
| 2 | Capital Recovery V, Llc | $ 843.41 | $ 0.00 | $ 843.41 |
| 3 | Capital Recovery V, Llc | $ 1,335.11 | $ 0.00 | $ 1,335.11 |

Total to be paid to timely general unsecured creditors    $       5,938.63

Remaining Balance    $      118,869.32

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 24.83 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 118,844.49 .