# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
## EASTERN **DIVISION**

In re: §
§
Patricia L Anderson § Case No. 13-16178
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee          , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 2,960.00                      Assets Exempt: 18,100.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  25,093.46          Claims Discharged
Without Payment:  12,576.00

Total Expenses of Administration:  137,962.05

3) Total gross receipts of $ 300,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 136,944.49  (see **Exhibit 2**), yielded net receipts of $ 163,055.51  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 4,800.00 | $ 19,130.00 | $ 19,130.00 | $ 19,130.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 137,962.05 | 137,962.05 | 137,962.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 7,776.00 | 5,938.63 | 5,938.63 | 5,963.46 |
| **TOTAL DISBURSEMENTS** | $ 12,576.00 | $ 163,030.68 | $ 163,030.68 | $ 163,055.51 |

4) This case was originally filed under chapter 7 on 04/18/2013 . The case was pending for 48 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/07/2017                 By:/s/Joji Takada, Chapter 7 Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Debtor Consulted An Attorney Re Defective Hip Replacement Pr | 1142-000 | 300,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 300,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Anderson, Patricia | Exemptions | 8100-002 | 18,100.00 |
| Patricia Anderson | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 118,844.49 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 136,944.49** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Heights Finance | | 4,800.00 | NA | NA | 0.00 |
| | Medicare Medical Lien Payment | 4220-000 | NA | 19,130.00 | 19,130.00 | 19,130.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 4,800.00 | $ 19,130.00 | $ 19,130.00 | $ 19,130.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 11,402.78 | 11,402.78 | 11,402.78 |
| Joji Takada | 2200-000 | NA | 6.43 | 6.43 | 6.43 |
| Associated Bank | 2600-000 | NA | 437.67 | 437.67 | 437.67 |
| Onder, Shelton, O'Leary & Peterson, LLC | 3210-000 | NA | 111,000.00 | 111,000.00 | 111,000.00 |
| Onder, Shelton, O'Leary & Peterson, LLC | 3220-000 | NA | 2,765.17 | 2,765.17 | 2,765.17 |
| Multi-District Litigation Fee Assessment of 3% | 3991-000 | NA | 9,000.00 | 9,000.00 | 9,000.00 |
| Multi-District Litigation Cost Assesment of 1% | 3992-000 | NA | 3,000.00 | 3,000.00 | 3,000.00 |
| Settlement Fund Administration Fee | 3992-000 | NA | 350.00 | 350.00 | 350.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 137,962.05 | $ 137,962.05 | $ 137,962.05 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blain's Farm & Fleet/GECRB P O Box 965035 Orlando, FL 32896-5035 | | 837.00 | NA | NA | 0.00 |
| | HSN % CPS Security PO Box 782408 San Antonio, TX 78278 | | 1,703.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | I.D.E.S. Benefit Repayments PO Box 6996 Chicago, IL 60680-6996 | | 1,230.00 | NA | NA | 0.00 |
| | Wal-Mart/GECRB PO Box 530927 Atlanta, GA 30353-0927 | | 892.00 | NA | NA | 0.00 |
| | WFCB - HSN PO Box 659707 San Antonio, TX 78265-9707 | | 3,114.00 | NA | NA | 0.00 |
| 2 | Capital Recovery V, Llc | 7100-000 | NA | 843.41 | 843.41 | 843.41 |
| 3 | Capital Recovery V, Llc | 7100-000 | NA | 1,335.11 | 1,335.11 | 1,335.11 |
| 1 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 3,760.11 | 3,760.11 | 3,760.11 |
| | Capital Recovery V, Llc | 7990-000 | NA | NA | NA | 9.11 |
| | Quantum3 Group Llc As Agent For | 7990-000 | NA | NA | NA | 15.72 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 7,776.00 | $ 5,938.63 | $ 5,938.63 | $ 5,963.46 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-16178 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Patricia L Anderson | | | | Date Filed (f) or Converted (c): | 04/18/2013 (f) |
| | | | | | 341(a) Meeting Date: | 05/20/2013 |
| For Period Ending: | 04/07/2017 | | | | Claims Bar Date: | 10/29/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Checking Account - Financial Plus | 100.00 | 100.00 | | 0.00 | FA |
| 2.  Miscellaneous Household Goods, Furniture & Furnishings. | 800.00 | 800.00 | | 0.00 | FA |
| 3.  Wearing Apparel | 60.00 | 60.00 | | 0.00 | FA |
| 4.  Debtor Consulted An Attorney Re Defective Hip Replacement Pr | Unknown | 0.00 | | 300,000.00 | FA |
| 5.  1971 Mobile Home | 2,000.00 | 2,000.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                     $2,960.00          $2,960.00                              $300,000.00                    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

Debtor disclosed personal injury litigation; Trustee has contacted PI counsel, and is in process of hiring counsel to pursue litigation on behalf of estate; Trustee monitoring litigation for possible recovery.

123013--Litigation value listed as $1.00 because actual value is speculative at this time.

Followed up with C. DeWitt regarding status of litigation; From PI counsel: The Stryker cases, including Ms. Anderson's is still in the discovery stage. The current schedule for the test trials to take place is next Summer 2015 - Joji Takada 8/21/2014

Followed up with S. Rados re status of case; Case submitted for settlement review; Better idea after summer - Joji Takada 4/7/2015

Case approved for global settlement; Gross settlement amount is in excess of $100,000, with fees/costs to be determined; PI Counsel to provide breakdown in order to file motion with the bankruptcy court. - Joji Takada 10/6/2015

Motion to approve settlement in process. - Joji Takada 12/22/2015

9019 motion filed and approved; Awaiting settlement funds. - Joji Takada 3/24/2016

TFR in process. - Joji Takada 7/2/2016

TFR in process. - Joji Takada 10/23/2016

Initial Projected Date of Final Report (TFR): 04/18/2015        Current Projected Date of Final Report (TFR): 04/18/2016

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-16178 | Trustee Name:  Joji Takada, Chapter 7 Trustee |
| Case Name:  Patricia L Anderson | Bank Name:  Associated Bank |
| | Account Number/CD#:  XXXXXX0262 |
| | Checking |
| Taxpayer ID No: XX-XXX3666 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/07/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/27/16 | | Onder Shelton Stryker Settlement Fund | Settlement payment | | $268,520.00 | | $268,520.00 |
| | | | Gross Receipts $300,000.00 | | | | |
| | | Multi-District Litigation Fee Assessment of 3% | Administrative Expense ($9,000.00) | 3991-000 | | | |
| | | Multi-District Litigation Cost Assesment of 1% | Administrative Expense ($3,000.00) | 3992-000 | | | |
| | | Medicare Medical Lien Payment | Medical lien payoff ($19,130.00) | 4220-000 | | | |
| | | Settlement Fund Administration Fee | Administrative Expense ($350.00) | 3992-000 | | | |
| | 4 | | Debtor Consulted An Attorney Re Defective Hip Replacement Pr $300,000.00 | 1142-000 | | | |
| 03/30/16 | 1001 | Onder, Shelton, O'Leary & Peterson, LLC 110 E. Lockwood, 2nd Floor St. Louis, MO 63119 Attn: Stephanie L. Rados, Esq. | Payment to trustee professional  Contingency fee to special counsel | 3210-000 | | $111,000.00 | $157,520.00 |
| 03/30/16 | 1002 | Onder, Shelton, O'Leary & Peterson, LLC 110 E. Lockwood, 2nd Floor St. Louis, MO 63119 Attn: Stephanie L. Rados, Esq. | Payment to trustee professional  Reimbursable expenses to special counsel | 3220-000 | | $2,765.17 | $154,754.83 |
| 03/30/16 | 1003 | Anderson, Patricia c/o 110 E. Lockwood, 2nd Floor St. Louis, MO 63119 Attn: Stephanie L. Rados, Esq. | Exemption Debtor's personal bodily injury exemption | 8100-002 | | $15,000.00 | $139,754.83 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $51.50 | $139,703.33 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $386.17 | $139,317.16 |

| | | |
|---|---|---|
| Page Subtotals: | $268,520.00 | $129,202.84 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 13-16178

Case Name: Patricia L Anderson

Taxpayer ID No: XX-XXX3666

For Period Ending: 04/07/2017

Trustee Name: Joji Takada, Chapter 7 Trustee

Bank Name: Associated Bank

Account Number/CD#: XXXXXX0262

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/26/16 | 1004 | Anderson, Patricia<br>c/o 110 E. Lockwood, 2nd Floor<br>St. Louis, MO 63119<br>Attn: Stephanie L. Rados, Esq. | Exemption | 8100-002 | | $3,100.00 | $136,217.16 |
| 01/19/17 | 1005 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2100-000 | | $11,402.78 | $124,814.38 |
| 01/19/17 | 1006 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2200-000 | | $6.43 | $124,807.95 |
| 01/19/17 | 1007 | Quantum3 Group Llc As Agent For<br>Comenity Capital Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution per court order. | | | $3,775.83 | $121,032.12 |
| | | | ($15.72) | 7990-000 | | | |
| | | Quantum3 Group Llc As Agent For | Final distribution per court order. ($3,760.11) | 7100-000 | | | |
| 01/19/17 | 1008 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution per court order. | | | $846.94 | $120,185.18 |
| | | | ($3.53) | 7990-000 | | | |
| | | Capital Recovery V, Llc | Final distribution per court order. ($843.41) | 7100-000 | | | |
| 01/19/17 | 1009 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution per court order. | | | $1,340.69 | $118,844.49 |
| | | | ($5.58) | 7990-000 | | | |
| | | Capital Recovery V, Llc | Final distribution per court order. ($1,335.11) | 7100-000 | | | |

Page Subtotals:                    $0.00                    $20,472.67

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Case 13-16178   Doc 35   Filed 04/26/17   Entered 04/26/17 14:11:11   Desc Main

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**
Document   Page 11 of 12

*Exhibit 9*

| | |
|---|---|
| Case No: 13-16178 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Patricia L Anderson | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0262 |
| | Checking |
| Taxpayer ID No: XX-XXX3666 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/07/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/19/17 | 1010 | Patricia Anderson<br>c/o 110 E. Lockwood, 2nd Floor<br>St. Louis, MO 63119<br>Attn: Stephanie L. Rados, Esq. | Distribution of surplus funds to debtor. | 8200-002 | | $118,844.49 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $268,520.00 | $268,520.00 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $268,520.00 | $268,520.00 |
| Less: Payments to Debtors | | $0.00 | $136,944.49 |
| Net | | $268,520.00 | $131,575.51 |

Page Subtotals:   $0.00   $118,844.49

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0262 - Checking | $268,520.00 | $131,575.51 | $0.00 |
| | $268,520.00 | $131,575.51 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $31,480.00 |
| Total Net Deposits: | $268,520.00 |
| Total Gross Receipts: | $300,000.00 |

Page Subtotals: $0.00 $0.00